## MARGARET JACKSON v. THE STATE.

On a trial for theft the State wholly failed to prove the time at which the offense was committed. *Held*, that for this deficiency in the proof, the judgment must be reversed, and the cause remanded for a new trial.

APPEAL from Fayette. Tried below before the Hon. I. B. McFarland.

The opinion is referred to for such facts as are material.

*J. R. Burns*, for the appellant.

No brief for the State.

OGDEN, J.—The appellant was indicted, tried, and convicted of the theft of a cow. On the trial of the case the State wholly failed to prove the time when the alleged offense was committed, and for this the judgment must be reversed; and as the cause will be again tried in the district court, it may be well to remark, that in our opinion the defendant was entitled to a rehearing on her motion for a new trial, on account of the insufficiency of the evidence in proving any offense to warrant a conviction. The testimony of the witnesses for the State failed to make out a case of theft. The judgment is reversed and the cause remanded.

Reversed and remanded.